*Appendix 1*





*Appendix 2*



*Appendix 3*



South Vermont Avenue just south of Pacific Coast Highway, San Pedro,
California, approximately six miles from Redondo Beach.  Image downloaded
July 15, 2011, 11:59 PM, from
http://maps.google.com/maps?q=San+Pedro,+Los+Angeles,+CA&hl=en&ll=33.7
8937,-118.293459&spn=0.000275,0.000603&sll=37.0625,-
95.677068&sspn=41.818029,107.138672&t=h&layer=c&cbll=33.78937,-
118.293459&panoid=z9GFs0Be6EDXLyiT1P8B5Q&cbp=13,141.88,,1,4.68&z=2
1